UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 6113**

-------------------------------------------------------- X
KARKANIAS RESEARCH, LLC d/b/a CYTIRA,
and GEORGE KARKANIAS, aka CYTIRA, INC.,

                        Plaintiffs,

      - against -

LIFESPAN BIOSCIENCES, INC.,

                        Defendant.
-------------------------------------------------------- X

JUDGE HOLWELL

**RULE 7.1 STATEMENT**



JUN 28 2007
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant LifeSpan BioSciences, Inc. (a privately held corporation duly organized and existing under the laws of the State of Washington) certifies upon information and belief that the Defendant has no corporate parents, affiliates and/or subsidiaries, which are publicly held, and that no publicly held corporation owns more than 10% of its stock.

Dated: New York, New York
       June 28, 2007

                                       Respectfully submitted,

                                       THELEN REID BROWN RAYSMAN
                                       & STEINER LLP

                                       By: _____
                                            John Fedun
                                           Attorney for Defendant LifeSpan
                                           BioSciences, Inc.
                                           900 Third Avenue
                                           New York, NY 10022
                                           (212) 895-2000

*Of Counsel*
Glenn R. Nelson
Oles Morrison Rinker & Baker LLP
701 Pike Street
Suite 1700
Seattle, WA 98101
(206) 682-6234

[