UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X    ECF CASE

KARKANIAS RESEARCH, LLC d/b/a CYTIRA, :
and GEORGE KARKANIAS, aka CYTIRA, INC., :  Case No. 07 CV 6113(RJH)(MHD)
                                                      Plaintiffs, :
                                                               :    **NOTICE OF APPEARANCE**
    - against - :

LIFESPAN BIOSCIENCES, INC., :
                                                     Defendant. :
---------------------------------------------------------X

**PLEASE TAKE NOTICE** that John Fedun, Esq., of Thelen Reid Brown Raysman & Steiner LLP hereby appears as counsel of record to defendant LifeSpan BioSciences, Inc., and hereby requests that service upon the defendant of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated:  New York, New York
          July 3, 2007

                                  THELEN REID BROWN RAYSMAN
                                    &STEINER LLP

                           By:   *s/John Fedun*_____
                                John Fedun
                                Attorney for Defendant LifeSpan
                                BioSciences, Inc.
                                900 Third Avenue
                                New York, NY 10022
                                (212) 895-2000

*Of Counsel*
Glenn R. Nelson
Oles Morrison Rinker & Baker LLP
701 Pike Street
Suite 1700
Seattle, WA 98101
(206) 682-6234

[