<u>KARKANIAS RESEARCH, LLC  vs.  LIFESPAN BIOSCIENCES, INC.</u>
USDC,SDNY  Case No. 07 CV 6113 (RJH)(MHD)

### **CERTIFICATE OF SERVICE**

      I hereby certify that on this day I served the annexed *Notice of Appearance* herein by regular US mail upon attorney of record for plaintiff addressed as follows:

Steven D. Skolnik, Esq.
Cox Padmore Skolnik & Shakarchy LLP
630 Third Avenue, 19th Floor
New York, New York 10017

Dated: New York, NY
      July 3, 2007

_____
Milton J. Fay

NY #708764 v1