KARKANIAS RESEARCH, LLC vs. LIFESPAN BIOSCIENCES, INC.
USDC,SDNY Case No. 07 CV 6113 (RJH)(MHD)

### CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2007 I personally served the annexed *Notice to Adverse Party of Filing of Notice of Removal* herein upon attorney for plaintiff at the following address:

Steven D. Skolnik, Esq.
Cox Padmore Skolnik & Shakarchy LLP
630 Third Avenue, 19th Floor
New York, New York 10017

Dated: New York, NY
    July 3, 2007

_____
Milton J. Fay

NY #708764 v1