UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
KARKANIAS RESEARCH, LLC d/b/a         **ECF CASE**
CYTIRA and GEORGE KARKANIAS
a/k/a CYTIRA, INC.,                                Case No. 07 CV 6113 (RJH) (MHD)

                   Planitffs,              **NOTICE OF APPEARANCE**

     -against-

LIFESPAN BIOSCIENCES, INC.
--------------------------------------------------------x

       **PLEASE TAKE NOTICE** that Steven D. Skolnik of Cox Padmore Skolnik & Shakarchy LLP hereby appears as counsel of record to plaintiffs Karkanias Research, LLC d/b/a Cytira and George Karkanias a/k/a Cytira, Inc. and hereby requests that service upon the plaintiff of all papers and notices of all proceedings in the above action be sent to the undersigned.

Dated: New York, New York
       July 12, 2007

                                                      /s/ Steven D. Skolnik
                                                      Steven D. Skolnik, P.C.
                                                      COX PADMORE SKOLNIK
                                                        & SHAKARCHY LLP
                                                      Attorneys for Plaintiffs
                                                      630 Third Avenue
                                                      New York, NY 10017
                                                      (212) 953-6633