UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   ECF CASE

KARKANIAS RESEARCH, LLC d/b/a
CYTIRA, and GEORGE KARKANIAS, aka
CYTIRA, INC.,

07-CV-06113 (RJH)

Assigned to: Hon. Richard J. Holwell, U.S.D.J.

                                 Plaintiffs,      **NOTICE OF MOTION**

     -against-

LIFESPAN BIOSCIENCES, INC.,

                                 Defendant.

------------------------------------------------------------------X

       **PLEASE TAKE NOTICE**, that upon Defendant's Memorandum in Support of Motion to Dismiss Complaint Or, In Alternative, To Transfer Venue, the Declarations of Michelle Barbo, Harjit S. Kullar, Glenna Burmer, Debra Kappler, Vasiliki Demas, Bruce Kulander, Kelli Wilcox, and Christine Roush, and upon all of the prior pleadings and proceedings herein, Defendant LifeSpan BioSciences, Inc., by its attorneys Thelen Reid Brown Raysman & Steiner LLP, will move this Court, before The Honorable Richard J. Holwell, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, on such date as the Court sets forth, for an Order pursuant to Fed. R. Civ. P 12(b)(2) and (3), dismissing the Complaint against Defendant LifeSpan BioSciences, Inc. for lack of personal jurisdiction and improper venue, or in the alternative, to transfer the subject case to the Western

District of Washington.

Dated:  New York, New York
       August 10, 2007

                THELEN REID BROWN RAYSMAN
                & STEINER LLP


                By: *s/John Fedun*
                    John Fedun

                    900 Third Avenue
                    New York, New York 10022
                    (212) 895-2000
                    Attorney for Defendant
                    LifeSpan BioSciences, Inc.


*Of Counsel*
Glenn R. Nelson, WSBA #5758
Oles Morrison Rinker & Baker LLP
701 Pike Street, Suite 1700
Seattle, WA 98101
(206) 623-3427