UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                       Plaintiffs,

-against-                                       **DECLARATION OF DEBRA KAPPLER IN SUPPORT OF DEFENDANT LIFESPAN'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

LIFESPAN BIOSCIENCES, INC.,

_____Defendant___X

I, Debra Kappler, declare as follows:

1. I am employed by LifeSpan BioSciences, Inc. ("LifeSpan"), as Director of Immunohistochemistry. My office address is 2401 Fourth Avenue, Suite 900, Seattle, WA 98121. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, to Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

2. I evaluated how to cut the specimen mouse brains to conduct the research study for Cytira, Inc. I then cut each of the six specimen mouse brains into three pieces on the assumption that the middle piece would include the hypothalamus regions and subregions to be studied in Phase II.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___28___ of June, 2007 at Seattle, Washington.

                                                                       _/s/ Debra Kappler_
                                                                       Debra Kappler