UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                Plaintiffs,

-against-                                          DECLARATION OF VASILIKI
                                                   DEMAS IN SUPPORT OF
                                                   DEFENDANT LIFESPAN'S
LIFESPAN BIOSCIENCES, INC.,                        MOTION TO DISMISS COMPLAINT
                                                   OR, IN THE ALTERNATIVE, TO
                Defendant    X    TRANSFER VENUE
_____

I, Vasiliki Demas, declare as follows:

1. I am employed by LifeSpan BioSciences, Inc. ("LifeSpan"), as Vice President of Laboratory Operations. My office address is 2401 Fourth Avenue, Suite 900, Seattle, WA 98121. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, To Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

2. I communicated with Bruce Kulander, the pathologist who evaluated the slides for the research study performed by LifeSpan for Cytira, Inc. I determined that a few of the hypothalamic nuclei to be studied were located in the region where LifeSpan had cut the brain specimens. LifeSpan was unable to recover the missing regions located where the specimens had been cut. LifeSpan proceeded with Phase II of the research study as to the hypothalamic region/subregions that could be identified. In all six brain tissue specimens, the VLH region was missing. In addition, each of the six separate specimens had other variable regions that were not present. As a result, LifeSpan proposed a credit for the incomplete results.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___28th___ of June, 2007 at Seattle, Washington.

                                                      _____
                                                      Vasiliki Demas

P-GRN DECL DEMAS 062707 078570001