UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                                Plaintiffs,

-against-                               DECLARATION OF BRUCE
                                                       KULANDER IN SUPPORT OF
                                                       DEFENDANT LIFESPAN'S
LIFESPAN BIOSCIENCES, INC.,            MOTION TO DISMISS COMPLAINT
                                                       OR, IN THE ALTERNATIVE, TO
                               Defendant   X    TRANSFER VENUE

I, Bruce Kulander, declare as follows:

1.    I work on a contract basis as a Pathologist for LifeSpan BioSciences, Inc. ("LifeSpan"), 2401 Fourth Avenue, Suite 900, Seattle, WA 98121. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, To Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

2.    I examined the slides of the cross-sections of the specimen mouse brains for Phase II of the research study performed by LifeSpan for Cytira, Inc. A few of the hypothalamic nuclei to be studied were located in the region where LifeSpan had cut the brain specimens. LifeSpan was not able to recover the missing regions located where the specimens had been cut. From my examination of the slides of the tissue cross-sections, I determined that in all six specimens, the VLH region was missing. In addition, each of the six separate specimens had other variable regions that were not present.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ___27___ of June, 2007 at Seattle, Washington.

                                                        _____
                                                        Bruce Kulander

P-GRN DECL KULANDER 062707 078570001[1]