UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――― X
KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                          Plaintiffs,

-against-

LIFESPAN BIOSCIENCES, INC.,

                          Defendant    X
―――――――――――――――――――――――――― 

DECLARATION OF CHRISTINE ROUSH IN SUPPORT OF DEFENDANT LIFESPAN'S MOTION TO DISMISS COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE

I, Christine Roush, declare as follows:

1. I am employed by LifeSpan BioSciences, Inc. ("LifeSpan"), as Director of Scientific Research. My office address is 2401 Fourth Avenue, Suite 900, Seattle, WA 98121. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, to Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

2. After George Karkanias contacted LifeSpan in the spring of 2006 to discuss a research study to be performed by LifeSpan, I communicated with Mr. Karkanias from my office in Seattle, Washington by e-mail and telephone to develop the procedures for the research study. The research study was to use immunohistochemistry (IHC) techniques to determine the distribution and localization of four different protein targets in normal and experimental mouse brain specimens. In Phase I of the study, two different antibodies were to be evaluated to each of the four selected protein targets to determine which antibody worked best with each protein target. In Phase II, the best antibody for each protein target was to be used to test the distribution and localization of the protein targets in 20 separate regions and subregions of the hypothalamus.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this June 28ᵗʰ of June, 2007 at Seattle, Washington.

                                                                         _____
                                                                         Christine Roush