UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X  ECF CASE

KARKANIAS RESEARCH, LLC d/b/a
CYTIRA, and GEORGE KARKANIAS, aka                    07-CV-06113 (RJH)
CYTIRA, INC.,

                                  Plaintiffs,                    **ORDER**

      -against-

LIFESPAN BIOSCIENCES, INC.,

                                  Defendant.
------------------------------------------------------------------------X

      This matter having been opened to the Court by Thelen Reid Brown Raysman & Steiner, LLP, attorneys for Defendant, LifeSpan BioSciences, Inc. ("LifeSpan"), for an Order granting dismissal of Plaintiff's Complaint pursuant to FRCP 12(b)(2) or (3) or, in the alternative, granting a transfer of the subject action to the Western District of Washington, and the Court having considered the papers submitted by the parties, and having heard oral argument on _____, 2007, and good cause appearing

      IT IS on this _____ day of _____, 2007 ORDERED as follows:

1. LifeSpan's motion to dismiss pursuant to FRCP 12(b)(2) or (3) is granted in its entirety;

2. LifeSpan's motion to dismiss pursuant to FRCP 12(b)(2) or (3) is denied and LifeSpan's motion to transfer the subject action to the Western District of Washington is granted in its entirety.

                                                                                     _____
                                                                                                       USDJ