UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                          Plaintiffs,

-against-                                     DECLARATION OF DEBRA
                                                               KAPPLER IN SUPPORT OF
                                                               DEFENDANT LIFESPAN'S
LIFESPAN BIOSCIENCES, INC.,                MOTION TO DISMISS COMPLAINT
                                                               OR, IN THE ALTERNATIVE, TO
                                   Defendant   X    TRANSFER VENUE

I, Debra Kappler, declare as follows:

1.    I am employed by LifeSpan BioSciences, Inc. ("LifeSpan"), as Director of Immunohistochemistry. My office address is 2401 Fourth Avenue, Suite 900, Seattle, WA 98121. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, to Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

2.    I evaluated how to cut the specimen mouse brains to conduct the research study for Cytira, Inc. I then cut each of the six specimen mouse brains into three pieces on the assumption that the middle piece would include the hypothalamus regions and subregions to be studied in Phase II.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this ____28____ of June, 2007 at Seattle, Washington.

                                                                               _____
                                                                               Debra Kappler