UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X
KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                        Plaintiffs,

-against-                                  DECLARATION OF KELLI
                                                   WILCOX IN SUPPORT OF
                                                   DEFENDANT LIFESPAN'S
LIFESPAN BIOSCIENCES, INC.,              MOTION TO DISMISS COMPLAINT
                                                   OR, IN THE ALTERNATIVE, TO
                         Defendant   X    TRANSFER VENUE

I, Kelli Wilcox, declare as follows:

    1.    I am employed by the law firm of Oles Morrison Rinker & Baker LLP as a Corporate Paralegal. My office address is 701 Pike Street, Suite 1700, Seattle, WA 98101. I make this declaration in support of LifeSpan's Motion to Dismiss Complaint Or, In The Alternative, To Transfer Venue. I have personal knowledge and am competent to testify as a witness regarding the facts stated below.

    2.    After LifeSpan referred the Plaintiffs' Summons and Complaint to Oles Morrison Rinker & Baker LLP, I was asked to check with the New York Department of State, Division of Corporations to determine whether there was any listing in the state of New York for Cytira, Inc. or Cytira as a licensed corporation or limited liability company. My research on the website of the New York Department of State, Division of Corporations, disclosed no record of Cytira, Inc. or Cytira as either a corporation or a limited liability company organized in New York or authorized to do business in New York as a foreign entity.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 27th of June, 2007 at Seattle, Washington.

                                                                                         /s/ Kelli K. Wilcox
                                                                                        Kelli K. Wilcox