# Cox Padmore Skolnik & Shakarchy LLP

Attorneys at Law

Steven D. Skolnik, P.C.
Partner
Also Admitted in
Texas and Colorado



July 31, 2007



**By Facsimile (212) 805-7948**

The Honorable Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **Karkanias Research, LLC, et al. v. LifeSpan Biosciences, Inc.**
      **US District Court; Southern District of New York; Docket No. 07 cv 6113**

Dear Judge Holwell:

We represent plaintiffs Karkanias Research, LLC d/b/a Cytira and George Karkanias a/k/a Cytira, Inc. in the above-referenced case. We are in receipt of your initial scheduling conference notice and order, dated July 16, 2007 (the "Order"). This is an application to change the date of the initial scheduling conference

As the parties were unable to agree to a scheduling order, the Order provides that the initial scheduling conference will take place on September 14, 2007. That date, however, is the second day of Rosh Hashanah, the Jewish New Year. We request that the Court reschedule the conference so as not to conflict with the holiday. John Fedun, defendant's counsel, has informed us that he has no objection to this application.

We note that, if the Court generally holds conferences on Fridays and wishes to do so in this case, the next Friday is the eve of Yom Kippur, another major Jewish holiday, and, while we could attend such a conference, we could only do so before 4:00 P.M.

630 Third Avenue   19th Floor   New York, NY 10017-6782   212/953-6633   212/949-6943 (Telefax)

A Partnership including Limited Liability Partnerships

Denver, Colorado                    Jerusalem, Israel
303/839-9191                        212/561-5527

The Honorable Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
July 31, 2007
Page 2

**Cox Padmore Skolnik
& Shakarchy LLP**
Attorneys at Law

We thank you for your consideration of this application.

Respectfully submitted,

Steven D. Skolnik, P.C.

cc: John Fedun, Esq. (By Facsimile)

Conference adjourned
to 10/5/07 at 10:30 a.
SO ORDERED

USDJ
8/8/07