```
-----Original Message-----
From: George Karkanias, Cytira [mailto:george.karkanias@cytira.com]
Sent: Thursday, February 15, 2007 9:40 PM
To: Malcom An
Cc: Toni Eden
Subject: RE: Cyti01a Phase II Update
```

Hi Malcom,

Can you tell me which 3-4 regions will be missing? That would help us in making a decision. Thank you in advance.

George

Kind Regards,

George Karkanias, PhD
Managing Partner
Cytira, Inc.
305 Madison Avenue, Suite 449
New York, NY 10165

Tel: 212-372-9654
Fax: 212-214-0557
E-mail: george.karkanias@cytira.com

LEGAL NOTICE
Confidential / trade secret information subject to 18-USC1905 and to which all claims of privilege are asserted in both statutory and common law. Unless expressly stated otherwise, this message is confidential and may be privileged. It is intended for the addressee(s) only. Access to this e-mail by anyone else is unauthorized. If you are not an addressee, any disclosure or copying of the contents of this e-mail or any action taken (or not taken) in reliance on it is unauthorized and may be unlawful. If you are not an addressee, please inform the sender immediately.