Cyt1a - ERR gamma, AV-31655

## Antibody ERR gamma

| # | abbrev | Nucleus | Mouse 3 | Mouse 5 | Mouse 7 | Mouse 9 | Mouse 12 | Mouse 13 |
|---|--------|---------|---------|---------|---------|---------|----------|----------|
| 1 | AVPe | Anteroventral Periventricular | 2-3c | 3c | 3c | 2-3c | 2-3c | |
| 2 | LH | Lateral Hypothalamic | 3-4c | 3-4c | 3c | 3-4c | 3-4c | 2-4c |
| 3 | LPO | Lateral Preoptic | 3-4c | | 3c | 2-3c | 2-3c | 2-3c |
| 4 | ME | Median Eminence | | 0, 3 neuropil | 4c | 3c periventricular | 4c periventricular | |
| 5 | PAG | Periaqueductal Gray | 3-4c | | 3-4c | 3-4c | 3-4c | 3-4c |
| 6 | VLPO | Ventrolateral Preoptic | | | 3-4c | 3-4c | | |
| 7 | VMPO | Ventromedial Preoptic | 4c | | 3c | 2c | 2c | 3c,3n |
| 8 | ADP | Anterodorsal Preoptic | 3-4c | | 3-4c | 2-3c | 2c | 2-3c |
| 9 | MPOC | Medial Preoptic, Central Part | | | 2-3c | | 3-4c | |
| 10 | MPOL | Medial Preoptic, Lateral Part | | | | 2-3c | 2-3c | |
| 11 | MPOM | Medial Preoptic, Medial Part | | | 1-2c | | 2-3c | |
| 12 | VLH | Ventrolateral Hypothalamic | | | | | | |
| 13 | DMN | Dorsomedial Hypothalamic | 3-4c | 3-4c | 3c | 3-4c | 3-4c | 3-4c |
| 14 | VMHA | Ventromedial Hypothalamic, Anterior | | 3c | 4c | 2c | | 2-3c |
| 15 | VMHC | Ventromedial Hypothalamic, Central | | 2-3c | 3-4c | 2c | 2-4c | 3c |
| 16 | VMHDM | Ventromedial Hypothalamic, Dorsomedial | | 2c, rare 3c | 3-4c | 2-3c | 2-3c | 3c |
| 17 | VMHVL | Ventromedial Hypothalamic, Ventrolateral | 2c | | 2-3c | 2-3c | 2-3c | 3c |

Legend:

0 = Negative
1 = Blush
2 = Faint
3 = Moderate
4 = Strong

c = cytoplasmic staining
n = nuclear staining
m = membranous staining
nucleo = nucleolar staining