

Products & Services | Science | About LifeSpan | Sign In

Quick Search: [    ] Go

Advanced Search

Conferences | Articles & Press Releases | Careers | Contact Us

### LifeSpan BioSciences Announces Agreement with Pfizer for Expanded DrugTarget™ Localization Database

For immediate release

**LifeSpan Contact**
Joseph P. Brown, Ph.D.
CEO
LifeSpan Biosciences
(206) 374-1110
Joe.Brown@LifeSpanBiosciences.com

**Media Contacts**
Kureczka/Martin Associates
Joan Kureczka, 415/821-2413
jkureczka@aol.com
or Ellen M Martin, 510/832-2044
emm4@pacbell.net

**LifeSpan BioSciences Announces Agreement with Pfizer for Expanded DrugTarget™ Localization Database**

**SEATTLE, WA (December 21, 2005)**--LifeSpan BioSciences, Inc., a leading proteomics company specializing in molecular pathology, today announced a multi-year agreement with Pfizer Inc. (NYSE:PFE).

Under the terms of the agreement, Pfizer will gain access to all the features of the DrugTarget Database™, including informatics on more than 3200 genes, 852 comprehensive immunohistochemistry (IHC) reports with localization information on more than 400 potential drug targets selected by pharmaceutical company subscribers, and innovative search and sort tools. In addition, Pfizer will nominate at least 60 new targets to be studied by IHC and published in the consortium database. LifeSpan will continue to build the database by publishing localization data on an undisclosed number of additional targets each year.

LifeSpan's vision is to achieve a comprehensive human tissue localization resource for all therapeutically important proteins. With current subscribers, LifeSpan expects to add over 200 targets to the database. In addition, LifeSpan plans to add new subscribers, substantially increasing this number. The DrugTarget Database™ significantly enhances the ability of pharmaceutical companies to effectively identify and validate new targets.

The LifeSpan DrugTarget Database™ is LifeSpan's next generation database following its highly successful GPCR and NHR family databases. In addition to having access to the previously generated data, subscribers to the DrugTarget Database will nominate targets they feel may be of therapeutic relevance, regardless of family. Significant growth is expected in the ion channel, kinase, phosphatase, protease, phosphodiesterase, and transporter families, as well as many others. For each protein studied, LifeSpan will provide IHC localization information in 75 human normal and diseased

provide IHC localization information in 75 human normal and diseased tissues at the cellular level, often using custom generated antibodies. The DrugTarget Database™ has been further enhanced by the addition of detailed antibody validation reports (IHC results on 20+ normal tissues and target-relevant controls), the use of alternative confirmatory methods (westerns and transfection assays), and an expansion of existing data mining tools.

**About LifeSpan Biosciences, Inc.**
LifeSpan BioSciences, headquartered in Seattle, Washington, is a privately held company founded in 1995 that employs molecular pathology, bioinformatics and automated imaging systems to identify and validate targets for its biotechnology and pharmaceutical company customers in Europe, Asia and North America. Products and services include more than 800 immunohistochemistry (IHC)-validated antibodies, custom IHC validated antibody synthesis, multi-species tissue microarrays (TMA), custom TMA construction, IHC contract research services, subscription access to comprehensive human tissue IHC localization profiles for 400+ Drug Targets, an expression focused informatics resource for 3,200 genes, and ALIAS™ (automated imaging) image capture system.

For additional information on LifeSpan Biosciences, please visit LifeSpan's web site at www.lsbio.com

Copyright © 2005 LifeSpan, Inc. All Rights Reserved

Products & Services | Science | About LifeSpan | Sign In

**Quick Search:** [        ] Go

Advanced Search

**Conferences | Articles & Press Releases | Careers | Contact Us**

Collaboration with Pfizer to Develop Automated Pathology Systems

For immediate release

**LifeSpan Contact**
Joseph P. Brown, Ph.D.
CEO
LifeSpan Biosciences
(206) 374-1110
Joe.Brown@LifeSpanBiosciences.com

**Media Contacts**
Kureczka/Martin Associates
Joan Kureczka, 415/821-2413
jkureczka@aol.com
or Ellen M Martin, 510/832-2044
emm4@pacbell.net

**LifeSpan BioSciences Announces Collaboration with Pfizer to Develop Automated Pathology Systems**

**SEATTLE, WA (March 03, 2005)--LifeSpan Biosciences, Inc.**, today announced that they have entered into an agreement with Pfizer Inc (NYSE:PFE) to develop an automated pathology system for rapid and accurate evaluation of tissue specimens in preclinical studies.

The system developed by LifeSpan will use enhanced image capture and artificial intelligence computer analysis software to evaluate stained tissue specimens for quality and tissue abnormalities. The automated system will assist pathologists, increasing their accuracy and productivity.

"We are very pleased to have Pfizer as a partner in this important project," said Dr. Glenna Burmer, LifeSpan's chief scientific officer. "Pfizer has a long history of innovation and in adopting new technologies. We believe that through this collaboration, LifeSpan can apply its automated pathology ALIAS system to the pharmaceutical sector to help bring safe and effective therapies to market sooner." LifeSpan is currently developing a system for automated cancer recognition, and the collaboration is an extension of its capabilities in the automated pathology area.

**About LifeSpan Biosciences, Inc.**
LifeSpan BioSciences is a privately held molecular pathology service and development support company located in Seattle, Washington. LifeSpan, through its advanced imaging technologies, ALIAS image capture system, and its expertise in pathology, provides key information used by the pharmaceutical and biotechnology industries to select and advance promising therapeutic candidates through the drug development process. For more information, please visit LifeSpan's web site at www.lsbio.com, or contact Joseph Brown, President and CEO. at 206/464-1554.

For additional information on LifeSpan Biosciences, please visit LifeSpan's web site at www.lsbio.com

For the USA: contact Andrew Elston, Director of Marketing, via phone at 206/374-1103, or via email at Andrew.Elston@LifeSpanBiosciences.com

For Europe: contact Dietmar Bass, Director European Sales, via phone at +49 (0) 7213 841 260 or via email at Dietmar.Bass@LifeSpanBioSciences.com

For Asia: contact Sumiko Funato, Sales and Marketing Director, via phone at +81 (0) 47 308 2204 or via email at funato@LifeSpanBioSciences.com

Copyright © 2005 LifeSpan, Inc. All Rights Reserved



Products & Services | Science | About LifeSpan | Sign In

Quick Search: [ ] Go

Advanced Search

Conferences | Articles & Press Releases | Careers | Contact Us

Bristol-Myers Squibb

LIFESPAN BIOSCIENCES, INC. SIGNS BRISTOL-MYERS SQUIBB COMPANY (BMY)
TO GPCR LOCALIZATION DATABASE

**SEATTLE (February 7, 2001)** — LifeSpan Biosciences, Inc., a leading genomics company using molecular pathology to profile and localize gene expression in human diseases, today announced it has entered into an agreement with Bristol-Myers Squibb Company (NYSE:BMY) for a subscription to the first database of information on the expression and localization of G protein-coupled receptors (GPCRs). This database will provide Bristol-Myers Squibb with extremely valuable information needed for the identification and validation of new target genes for drug discovery efforts. Bristol-Myers Squibb will receive early access to localization data on GPCR targets, which will be added continuously to the database. Bristol-Myers Squibb will also have the opportunity to prioritize a portion of the list of GPCR genes to be included in the database based on its internal interests. Access and updates to the database will be provided in real-time throughout the development period. Preceded by Merck & Co., Inc., Pfizer, and the Novartis Research Foundation, Bristol-Myers Squibb is the fourth major pharmaceutical company to subscribe to LifeSpan's GPCR Database.

About LifeSpan Biosciences, Inc.

LifeSpan Biosciences, headquartered in Seattle, Washington, is a privately held genomics company founded in 1995 that utilizes proprietary molecular pathology and bioinformatics technology to profile and localize gene expression in normal and diseased human tissues for its more than 50 pharmaceutical company customers in Europe, Asia and North America. LifeSpan is currently applying its technology and expertise to the production of a comprehensive atlas on the expression of each of the 30,000 human genes in both normal and diseased tissues. The company's Web address is www.lsbio.com.

Copyright © 2005 LifeSpan, Inc. All Rights Reserved