UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————————X

KARKANIAS RESEARCH, LLC d/b/a/ CYTIRA,
and GEORGE KARKANIAS, a/k/a CYTIRA, INC.

                   Plaintiffs,

-against-

LIFESPAN BIOSCIENCES, INC.,

                   Defendant    X

DECLARATION OF RON
CARLILE IN REPLY TO
PLAINTIFF'S OPPOSITION TO
DEFENDANT LIFESPAN'S
MOTION TO DISMISS COMPLAINT
OR, IN THE ALTERNATIVE, TO
TRANSFER VENUE

I, Ron Carlile, declare as follows:

1.      I am employed by Oles Morrison Rinker & Baker LLP, counsel for defendant LifeSpan BioSciences, Inc. ("LifeSpan"), as Director of Information Services. I have taken a number of Microsoft courses in computer network administration. I am a Microsoft certified network engineer. I also am an A+ rated engineer certified by COMTIA. I have worked as a Network Administrator for 13 years, including 8 years at Oles Morrison. As part of the performance of my duties as Network Administrator, I am responsible for assuring that internet communications can be made to and from the Oles Morrison sites.

2.      On September 13, 2007, I performed the following investigation. I was informed that George Karkanias had provided to LifeSpan an IP address of 68.45.40.126 in order for Mr. Karkanias to obtain a password to download information posted on LifeSpan's website. I determined that the IP address of 68.45.40.126 was a Comcast IP address located in the State of New Jersey. Attached as Exhibit A is the IP Information, a Visual IP Trace Report, AJAX Powered IP Location Lookup, and the IP address locate information from GeoBytes for 68.45.40.126. I also confirmed that Comcast does not provide any internet service in New York City. Attached as Exhibit B is a printout from the New York City, Department of Information Technology & Telecommunications which shows that Comcast does not provide any internet service in New York City. I was informed that George Karkanias maintains his personal residence at 175 Elmwood Avenue, Irvington, NJ 07111-1312. Attached as Exhibit C is a

People Finder Historic Tracker Record which shows Mr. Karkanias' personal residence address is 175 Elmwood Avenue, NJ 07111-1312. On the basis of the location in New Jersey of the Comcast IP address of 68.45.40.126 designated by Mr. Karkanias and the absence of internet service provided by Comcast in New York City, I concluded that Mr. Karkanias could not have downloaded data from LifeSpan's website to a computer located in New York City. Attached as Exhibit D is a printout from the "Who is Record" website which shows Comcast in Mt. Laurel, NJ is of record for 68.45.40.126. Instead, using the designated IP address, Mr. Karkanias would have had to download the data from LifeSpan's website to a computer located within Comcast's service area in New Jersey.

3.     I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _____/8 ᵗʰ_____ of September, 2007 at Seattle, Washington.

Ron Carlile

DNSstuff.com
YOUR DESTINATION FOR DNS AND NETWORKING TOOLS

**IT Event Log Management**
Register to download a 30-day free trial for simplified compliance. www.netforensics.com

Ads by Google

Advertise on this site

Home    Products    Tools    DNSreport    Resource Center    Forum    How Tools Work    My Account    Logout

Your IP: 66.114.230.90  ASN: 14852 [WAU-PSVD-0]  Near: Seattle, Washington United States

# Tools

## IP Information - 68.45.40.126

Generated by www.DNSstuff.com

Email link to results

When the server was last reloaded, we had 118709 IP addresses banned.
Remember, you are not allowed to use automated programs to access our tools, unless you have a purchased a DNSstuff automated usage plan.
Please email sales@dnsstuff.com to learn more.

| | |
|---|---|
| IP address: | 68.45.40.126 |
| Reverse DNS: | c-68-45-40-126.hsd1.nj.comcast.net. |
| Reverse DNS authenticity: | [Verified] |
| ASN: | 33287 |
| ASN Name: | DNEO-OSP4 |
| IP range connectivity: | 2 |
| Registrar (per ASN): | ARIN |
| Country (per IP registrar): | US [United States] |
| Country Currency: | USD [United States Dollars] |
| Country IP Range: | 68.0.0.0 to 68.63.255.255 |
| Country fraud profile: | Normal |
| City (per outside source): | Jersey City, New Jersey |
| Country (per outside source): | US [United States] |
| Private (internal) IP? | No |
| IP address registrar: | whois.arin.net |
| Known Proxy? | No |
| Link for WHOIS: | 68.45.40.126 |

A map of your IP address
For even more details about your internet connection (browser, Operating System, HTTP headers, DNS servers and more), you can go here

ABOUT US    CONTACT    PRESS    ADVERTISE    JOBS    SITE MAP    TRADEMARKS    PRIVACY POLICY    TERMS OF USE
© Copyright 2000-2007 DNSstuff, LLC All Rights Reserved



EXHIBIT A



**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Find your DNS Problems**
See DNS Errors in your IT Network, Download
Spiceworks Today - Free!
www.SpiceWorks.com

**Control Your IP Addresses**
Optimize Your Network Usage & Reporting
with IPAM Appliances.
Infoblox.com

Ads by Google

Home    Products    Tools    DNSreport    Resource Center    Forum    How Tools Work    My Account    Logout

# Tools

## WHOIS - !NET-68-44-0-0-1

Generated by www.DNSstuff.com

🖂 Email link to results

Location: Unknown

Looking up !NET-68-44-0-0-1 at whois.arin.net.

```
Using 9 day old cached answer (or, you can get fresh results).
Displaying E-mail address (use sparingly -- this will make it more likely that you will trigger our rate limiting system).

CustName:       Comcast Cable Communications, Inc.
Address:        J Executive Campus
Address:        5th Floor
City:           Cherry Hill
StateProv:      NJ
PostalCode:     08002
Country:        US
RegDate:        2003-03-19
Updated:        2004-07-02

NetRange:       68.44.0.0 - 68.45.255.255
CIDR:           68.44.0.0/15
NetName:        NJ-SOUTH-2
NetHandle:      NET-68-44-0-0-1
Parent:         NET-68-32-0-0-1
NetType:        Reassigned
Comment:
RegDate:        2003-01-15
Updated:        2004-07-02

RTechHandle:    IC161-ARIN
RTechName:      Comcast Cable Communications Inc
RTechPhone:     +1-856-317-7200
RTechEmail:     CNIPEO-Ip-registration@cable.comcast.com

OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  abuse@comcast.net

OrgTechHandle:  IC161-ARIN
OrgTechName:    Comcast Cable Communications Inc
OrgTechPhone:   +1-856-317-7200
OrgTechEmail:   CNIPEO-Ip-registration@cable.comcast.com

# ARIN WHOIS database, last updated 2007-09-03 19:10
# Enter ? for additional hints on searching ARIN's WHOIS database.
```

[If E-mail address(es) were hidden on this page, you can click here to get the results with the E-mail address].

🖂 Email link to results

**Who Owns this Domain**
Domains, Email, Hosting & More. Grow Your
Business. Register Today!
Register.com

**Find your DNS Problems**
See DNS Errors in your IT Network, Download
Spiceworks Today - Free!
www.SpiceWorks.com

**Control Your IP Addresses**
Optimize Your Network Usage & Reporting
with IPAM Appliances.
Infoblox.com

Ads by Google

ABOUT US    CONTACT    PRESS    ADVERTISE    JOBS    SITE MAP    TRADEMARKS    PRIVACY POLICY    TERMS OF USE
© Copyright 2000-2007 DNSstuff, LLC All Rights Reserved

 # Visual IP Trace Report

How to Report Network Abuse | Visual IP Trace Manual | FAQ | Visualware Home | Visual IP Trace Website

## Identification Report for 68.45.40.126

Computer **68.45.40.126** has been found. It is almost certainly located in **Trenton, NJ, USA** as it has an exact match in the Visual IP Trace database.

**Network Contact Information:** The following details refer to the network that the system is on.

 abuse@comcast.net
 +1-856-317-7272
 3 Executive Campus 5th Floor Cherry Hill NJ 08002 US

**Domain Contact Information:** The following details refer to a name registered for this address.

 Comcast Corporation
 domregadmin@COMCAST.net
 215-320-8774
 215-564-0132
 1500 Market Street Philadelphia, PA 19102 US

⊟  **Click here to hide the route map** *(more info)*

The following map shows the route between you and the entity to which you traced. A solid line represents a hop to a known location, and a dotted line represents a hop to a guessed location.



Trenton, NJ, USA

⊟  **Click here to hide information on each hop along the route** *(more info)*

The table below identifies the Internet route taken to reach the destination requested.

This is valuable data when tracking the end location because it helps qualify the actual final position. In some instances the final location has been derived from the network registration details, which is often the head office location for the Internet Service Provider (ISP). The ISP location is often local to the destination traced, but sometimes also located elsewhere, particularly in the case of large national ISPs. The physical (authoritative) locations of systems in last 2 or 3 hops of the route provide helpful location information as they are often in the vicinity of the destination being traced. Authoritative locations are shown in **bold**, locations derived from registration details appear in *italic*.

| Address of Hop | Name of Hop | Location |
|---|---|---|
| 205.234.111.129 | r03-8.iad.defenderhosting.com | **Washington, DC, USA** |
| 69.65.112.25 | r01.iad.defenderhosting.com | **Washington, DC, USA** |
| 69.65.112.2 | r02.iad.defenderhosting.com | **Washington, DC, USA** |
| 205.198.14.245 | ge2-10.as.eqxashva.aleron.net | *Washington, DC, USA* |

| | | |
|---|---|---|
| 154.54.3.225 | g4-0-3490.core01.iad01.atlas.cogentco.com | **Dulles, VA, USA** |
| 192.205.34.105 | (unnamed) | *Lake Mary, FL* |
| 12.123.8.186 | tbr1.wswdc.ip.att.net | **Washington, DC, USA** |
| 12.122.16.5 | cr2.wswdc.ip.att.net | **Washington, DC, USA** |
| 12.122.3.37 | cr2.n54ny.ip.att.net | **New York, NY, USA** |
| 12.122.16.206 | tbr2.n54ny.ip.att.net | **New York, NY, USA** |
| 12.123.219.185 | gar1.nw2nj.ip.att.net | *Middletown, NJ, USA* |
| 68.86.208.5 | po-10-ar01.plainfield.nj.panjde.comcast.net | **Plainfield, NJ, USA** |
| 68.86.208.6 | po-80-ar01.verona.nj.panjde.comcast.net | **Verona, NJ, USA** |
| 68.86.209.253 | po-90-ur02.narlington.nj.panjde.comcast.net | **North Arlington, NJ, USA** |
| 68.86.158.177 | po-90-ur01.narlington.nj.panjde.comcast.net | **North Arlington, NJ, USA** |
| 68.86.209.249 | (unnamed) | *Mount Laurel, NJ* |
| 68.86.209.245 | po-90-ur01.jerseycity.nj.panjde.comcast.net | **Jersey City, NJ, USA** |
| 68.86.209.241 | po-90-ur02.union.nj.panjde.comcast.net | **Union, NJ, USA** |
| 68.86.159.245 | po-60-ur01.union.nj.panjde.comcast.net | **Union, NJ, USA** |
| - | (unnamed) | |
| 68.45.40.126 | c-68-45-40-126.hsd1.nj.comcast.net | **Trenton, NJ, USA** |

⊟  **Click here to hide further owner details** *(more info)*

| Network Owner Information | Domain Owner Information |
|---|---|
| *The following information refers to the network on which this system lies. This is useful information because it describes who you need to report to if someone on their network has been abusive. (How to effectively report network abuse)* | *The following information describes the organization or individual who registered the domain name* **comcast.net**. *There can be many domain contacts however Corporate and Administrator are usually the best contact references.* |
| CustName: Comcast Cable Communications, Inc.<br>Address: 3 Executive Campus<br>Address: 5th Floor<br>City: Cherry Hill<br>StateProv: NJ<br>PostalCode: 08002<br>Country: US<br>RegDate: 2003-03-19<br>Updated: 2004-07-02<br><br>NetRange: 68.44.0.0 - 68.45.255.255<br>CIDR: 68.44.0.0/15<br>NetName: NJ-SOUTH-2<br>NetHandle: NET-68-44-0-0-1<br>Parent: NET-68-32-0-0-1<br>NetType: Reassigned<br>Comment:<br>RegDate: 2003-03-19<br>Updated: 2004-07-02<br><br>RTechHandle: IC161-ARIN<br>RTechName: Comcast Cable Communications Inc<br>RTechPhone: +1-856-317-7200<br>RTechEmail: CNIPEO-Ip-registration@cable.comcast.com<br><br>OrgAbuseHandle: NAPO-ARIN<br>OrgAbuseName: Network Abuse and Policy Observance | NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS database through the use of high-volume, automated, electronic processes. The Data in Network Solutions' WHOIS database is provided by Network Solutions for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. Network Solutions does not guarantee its accuracy. By submitting a WHOIS query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to Network Solutions (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of Network Solutions. You agree not to use high-volume, automated, electronic processes to access or query the WHOIS database. Network Solutions reserves the right to terminate your access to the WHOIS |

OrgAbusePhone: +1-856-317-7272
OrgAbuseEmail: abuse@comcast.net

OrgTechHandle: IC161-ARIN
OrgTechName: Comcast Cable Communications Inc
OrgTechPhone: +1-856-317-7200
OrgTechEmail: CNIPEO-Ip-
registration@cable.comcast.com

# ARIN WHOIS database, last updated 2007-09-12
19:50
# Enter ? for additional hints on searching ARIN's
WHOIS database.

database in its sole discretion, including without
limitation, for excessive
querying of the WHOIS database or for failure to
otherwise abide by this policy.
Network Solutions reserves the right to modify these
terms at any time.

Get a FREE domain name registration, transfer, or
renewal with any annual hosting package
- or just $8.95 with monthly packages.

http://www.networksolutions.com

Visit AboutUs.org for more information about
COMCAST.NET
AboutUs: COMCAST.NET

Registrant:
Comcast Corporation
1500 Market Street
Philadelphia, PA 19102
US

Domain Name: COMCAST.NET

Administrative Contact:
Administrator, Domain Registration
ContactMiddleName domregadmin@COMCAST.net
Comcast Corporation
1500 Market, West Tower
Philadelphia, PA 19102
US
215-320-8774 fax: 215-564-0132

Technical Contact:
Technical Contact, Domain Reg ContactMiddleName
domregtech@comcastonline.com
Comcast Corporation
1500 Market St.
9Fl West
Philadelphia, PA 19102
US
215-320-8774 fax: 215-564-0132

Record expires on 24-Sep-2008.
Record created on 25-Sep-1997.
Database last updated on 13-Sep-2007 14:01:15 EDT.

Domain servers in listed order:

ADNS.CMC.COMCAST.NET 68.87.66.172
DNS01.JDC01.PA.COMCAST.NET 68.87.96.3
DNS02.JDC01.PA.COMCAST.NET 68.87.96.4

---

⊟  **Click here to hide the analysis of the system's applications** *(more info)*

- There is no SMTP server running on this system (the port is closed).
- There is no HTTP server running on this system (the port is closed).
- There is no HTTPS server running on this system (the port is closed).

- There is no FTP server running on this system (the port is closed).

Visual IP Trace 2.1b Copyright © Visualware, Inc. 2006

# AJAX Powered IP Location Lookup

**Cell Phone # Lookup**
Search Any Cell Phone Number
And Find Out Who The Owner Is
www.ReversePhoneDetective.com

**IP Address Searches**
Unlimited IP Address Se
Reverse Search & All Pe
Records
www.Web-Detective.co

68.45.40.126

**Results**

JERSEY CITY,NEW JERSEY
UNITED STATES



Map data ©2007 Tele Atlas - Terms of Use

AJAX Powered IP Location Lookup.
Locations are not 100% Accurate.
This tool maps your IP address to a geographic location and was built
for fun by Matthew Inman of SEOmoz.org.

WINNER WEB 2.0 AWARDS

# GEOBYTES

### IP Address Locator Tool

**This IP Address Map lookup service is provided for FREE by Geobytes, inc to assist you in locating the geographical location of an IP Address. Click here to checkout our other FREE localization services.**



Looking for FREE geographic page re-directs - click here

See me in the demo (Click Here)



Get yourself a $49 developers license (Click Here)



Still checking your junk folder for missing messages? Send your provider to our CaseKeys page.

ⓘ **Save Time:** If you are not sure which of our services will best meet your requirements, then please see this post in our support forums - it is a quick way to bypass the marketing clutter and to find the information that you will need to implement this kind of GeoLocation technology on your own site.
http://forums.geobytes.com/viewtopic.php?t=428



Click here to see the geographic distribution of visitors to the IP Locator. Click here to find out more about GeoReports, and how from **$29 per year** you can get one for your own site.

The following results were generated using GeoSelect version II.

### IP Address to locate: 68.45.40.126  [ Submit ]

| | | | |
|---|---|---|---|
| Country Code | US | Country | United States |
| Region Code | USNJ | Region | New Jersey |
| City Code | USNJLBRA | City | Long Branch |
| CityId | 9927 | Certainty | 97 |
| Latitude | 40.2954 | Longitude | -73.9914 |
| Capital City | Washington, DC | TimeZone | -05:00 |
| Nationality Singular | American | Population | 278058881 |
| Nationality Plural | Americans | Is proxy | false |
| CIA Map Reference | North America | Currency | US Dollar |
| MapBytes Remaining | Free | Currency Code | USD |

**Distance to Nearby Cities**

km, mi, City, Region, Country

| km | mi | City, Region, Country |
|---|---|---|
| 0 | 0 | Long Branch, NJ, US |
| 3 | 1 | West Long Branch, NJ, US |
| 4 | 2 | Oceanport, NJ, US |
| 5 | 3 | Oakhurst, NJ, US |
| 5 | 3 | Monmouth Beach, NJ, US |
| 6 | 3 | Deal, NJ, US |
| 7 | 4 | Fort Monmouth, NJ, US |
| 7 | 4 | Allenhurst, NJ, US |
| 7 | 4 | Little Silver, NJ, US |
| 7 | 4 | Shrewsbury, NJ, US |
| 8 | 5 | Rumson, NJ, US |
| 8 | 5 | Asbury Park, NJ, US |
| 9 | 5 | Eatontown, NJ, US |
| 9 | 5 | Fair Haven, NJ, US |
| 10 | 6 | Ocean Grove, NJ, US |
| 11 | 6 | Red Bank, NJ, US |

Search WHOIS data at:
RIPE
ARIN
APNIC
LACNIC

Flag 

Check out Geobytes other products including: GeoSelect, GeoNetMap, GeoReport, GeoPhrase, GeoLyzer, GeoRemote, GeoDirection, MapBytes

Click here to find out why our data can differ from the WHOIS data.
Click here for a description of each of the above fields.



Map data ©2007 Tele Atlas - Terms of Use

Click here to view a map of The United States.

Much of the above 'country' information was sourced from the CIA World Fact Book at http://www.cia.gov/cia/publications/factbook/

Are you responsible for generating visitors to your companies web site? Geobytes' free GeoDirection service generates over 10,000 visitors per day which for 1 cent per visitor will be visiting your companies web site. If your site could use some real traffic then please drop me an email at iNfO@gEobYtEs.coM for more details. At 1 cent per click - it is an incredibly cost effective way to instantly build your traffic.

**Baird & Warner Chicago**
B&W Has More Sales Associates In Chicagoland Than Any Other Company!

**Moving? Burrows Moving**
Round Lake Park IL Moving Storage Pianos-Antiques and Hoisting

Referral Ads by Google

Modified:08/29/06
© 2000 - 2003
geobytes, inc.
ARBN 091 652 961

*Geobytes - because everybody's somewhere!*
Contact Geobytes via our support forums
Privacy Policy

**Interested in using the technology behind this service?**
Contact geobytes for further details.

Do **you** know where in the world your site visitors are coming from? Click Here to find out!

**It's FREE !** Customize your page with the geographical location of your site's visitors in real-time? Click Here to find out!

IP Address to locate: 68.45.40.126    [ Submit ]

CountryID    254
RegionID    152
CityID    9927
Location Code    USNJLBRA
Latitude    40.2954
TimeZone    -05:00

Capital City    Washington, DC

Nationality Singular
American

Currency    US Dollar

Population    278058881

Country    United States
Region    New Jersey
City    Long Branch
Certainty    97
Longitude    -73.9914
Is proxy    false

CIA Map Reference
North America

Nationality Plural
Americans

Currency Code
USD


Flag



This map was dynamically generated using the U.S. Census Bureau's *TIGER Mapping Service* at http://tiger.census.gov/instruct.html and the GeoSelect source

code to generate it, looks like this:

```
<geoselect>
  <geoif location="US">
  <img src="http://tiger.census.gov/cgi-bin/mapgen?lon=<geobytes longitude>
  &lat=<geobytes latitude>&wid=.45&ht=.3&iht=300&iwd=450
  &mark=<geobytes longitude>,<geobytes latitude>,redball,<geobytes ipaddress>
  services this area - <geobytes city>, <geobytes code>;">
  </geoif>
</geoselect>
```

This service is provided for FREE by geobytes, inc.and the above results were generated using GeoSelect version II.

**Find out more about geobytes and the Technology behind this service.**

Please post to the Geobytes' Forums with questions or comments about this web site.
Copyright © 1999. 2000, 2001, 2002 geobytes, inc.
Last modified: June 24, 2003



# DOITT   DEPARTMENT OF INFORMATION TECHNOLOGY & TELECOMMUNICA

Search  |  Email Updat

Residents   Business   Visitors   Government   Offic



HOME

ABOUT DOITT

SERVICES

CONSUMER INFORMATION

BUSINESS INFORMATION

FAQs
Pay phone FAQ
Open Video System FAQ
Telecommunication
Franchise FAQ

NEWS & AWARDS

JOB OPPORTUNITIES

CONTACT DOITT

SEARCH

## FAQ

This FAQ is related to cable services in New York City. Pay Phone and Open Video
Systems FAQs are available at left.

Which cable companies operate in New York City?
Why are there cable service territories?
Who is responsible for maintaining the cable system?
Can my landlord prevent me from obtaining cable service?
Is it legal to have cable service without paying for it?
Are there alternatives to cable television service?
Where else can I obtain information about cable service or cable companies?
What equipment does the cable company provide to customers?
How do I obtain a cable handbook if I never received one?
How do I contact my cable company?
How responsive must the cable companies be to service repair calls?
What types of services are provided by cable companies?
How long are appointment windows?
Are companies obligated to confirm an appointment?
Do I have recourse if the cable company fails to keep the appointment?
When can the cable company interrupt my service?
Do I have to pay for service during outages?
What can I do if I disagree with a bill? Do I have to pay a disputed amount?
Does my cable company need to notify me if it changes its billing practices?
When should I contact DoITT or the Public Service Commission for assistance?
Who regulates cable rates?
Does the City of New York regulate programming on cable channels?
When do I need to notify the cable company that I am moving?

### Which cable companies operate in New York City?

Time Warner Cable of New York City (Manhattan, Queens, Staten Island, and West
Brooklyn) and Cablevision (Bronx and Eastern Brooklyn) provide cable television se
in New York City. These companies may do business under different names.

↻ Learn more about the cable franchises
[Back to Top]

### Why are there cable service territories?

Franchises were awarded by area, determined by the City of New York. Manhattan
were determined by the City in 1965 and renewed subsequently in 1970 and 1998
Other areas of the City were determined in 1983 and renewed in 1998. Franchises
awarded through request for proposals (RFP) and a bidding process with oversight
the Bureau of Franchises.

[Back to Top]



EXHIBIT  B

**Who is responsible for maintaining the cable system?**

As part of their franchise agreement with the City of New York, the cable companie
responsible for maintaining all parts of their cable system.

[Back to Top]

**Can my landlord prevent me from obtaining cable service?**

No. New York State Public Law Section 228 prohibits landlords from interfering witl
cable installation. However, a landlord may impose certain reasonable restrictions
requirements regarding wiring methods to protect safety, function and appearance
premises. Companies charge standard installation fees that comply with FCC formu

[Back to Top]

**Is it legal to have cable service without paying for it?**

No. Obtaining cable service without paying for it is considered theft of service. Nev
State law classifies theft of service as a misdemeanor punishable with up to a $1,0
fine and one year imprisonment. In addition, cable companies can sue individuals ε
businesses engaged in stealing service. If you suspect theft, you should contact yo
cable company.

✪ Contact information for cable franchises
[Back to Top]

**Are there alternatives to cable television service?**

Residents may request service from RCN an Open Video Service (OVS) Provider or
satellite company as alternatives to cable television service.

✪ More information on open video systems
[Back to Top]

**Where else can I obtain information about cable service or cable companie**

There are various online sources including cable company Web sites and other
government agencies and consumer groups that provide information on cable telev
service. The Mayor's Office of Operations also maintains yearly reports related to
consumer complaints received by DoITT.

✪ Mayor's Office of Operations Web site
✪ Cable franchise information
✪ New York State Public Service Commission
✪ Federal Communications Commission
[Back to Top]

**What equipment does the cable company provide to customers?**

The company is required to offer the following equipment to subscribers and provic
demonstration of such equipment at its Service Centers:

- **A/B Switch:** There is no charge if provided during initial installation.

- **Parental Control:** Programs can be blocked using the remote control devic
  Your customer handbook gives directions on how to use this device, or you
  call the company to receive directions. Companies are required to give peri
  information on the availability of these devices.
- **Closed Caption Decoder:** Hearing impaired customers of Time Warner Ca
  Manhattan may obtain a closed caption decoder at a fraction of the compan
  cost.

[Back to Top]

### How do I obtain a cable handbook if I never received one?

All companies are required by contract to supply all new subscribers with subscript
information and a subscriber's handbook prior to installation. You may contact you
company to request one.

✪ Cable and Open Video Service Request page
[Back to Top]

### How do I contact my cable company?

Contact information for the cable companies serving New York City can be found o
Cable and Open Video Service Requests page.

✪ Cable and Open Video Service Request page
[Back to Top]

### How responsive must the cable companies be to service repair calls?

The New York City cable contracts require that companies respond to all service ca
regarding major outages, service interruptions, and poor service within 24 hours.
Malfunctions must be corrected as promptly as possible, but in all events within 48
after notice. However, service repair and service interruption appointments reques
after 4:00 pm on a Friday must be scheduled on the next business day.

[Back to Top]

### What types of services are provided by cable companies?

Cable television, hi-speed modem and telephony.

[Back to Top]

### How long are appointment windows?

Companies must offer four-hour appointment windows. Weekend and evening call
subject to the company's availability and are on a first come, first served basis.

[Back to Top]

### Are companies obligated to confirm an appointment?

Yes. All cable companies must make an asserted effort to confirm service appointm
by making at least one call at reasonable times prior to the appointment. "Confirm
includes leaving a message with a person or on voicemail.

[Back to Top]

### Do I have recourse if the cable company fails to keep the appointment?

Yes. All companies are required to give credit for failure, without excuse, to arrive
subscriber premises within the appointment period as follows:

- **Installation:** free installation and one month's credit based on cable servic
  initially selected.
- **Service repair call:** one month's credit based on preceding month's bill. In
  addition, all companies who fail, without excuse, to complete installation wi
  the appointment period must give you free installation.

[Back to Top]

### When can the cable company interrupt my service?

The cable company may interrupt service for the purpose of repair or upgrade duri
periods of minimum usage. They must give subscribers 12-24 hour notice prior to
interruptions using an electronic crawl on a channel designated by the company.

[Back to Top]

### Do I have to pay for service during outages?

If service interruption lasts for four or more continuous hours, credit will be calcula
1/30th of the monthly charge for regular service for each day during which service
out. If the company suffers a service outage, automatic credits for all affected
subscribers will be given if the outage lasts for four or more continuous hours and
occurred between 6:00 pm and 12:00 am.

All other times, outage credit will be given upon request of subscriber if the reques
made orally or in writing within 90 days of the outage.

[Back to Top]

### What can I do if I disagree with a bill? Do I have to pay a disputed amoun

All billing inquiries or disputes must be mailed in writing to the company's office ac
within 30 days of receiving the bill. The cable company must notify the subscriber
proposed resolution and availability of appeal process within 20 business days afte
receipt of the complaint. If you do not agree with the proposed resolution, you ma
notify either DoITT or the New York State Public Service Commission's Office of
Consumer Affairs within seven business days. If the company has been notified in
writing of the dispute, subscribers do not have to pay a disputed amount until the
dispute has been settled. However, other charges that are not disputed must be pa
avoid late fees and/or disconnection of service.

✪ DoITT contact information
✪ New York State's Office of Consumer Affairs Web site

[Back to Top]

**Does my cable company need to notify me if it changes its billing practices**

At least once a year, the cable company must notify subscribers in writing of its bil practices and payment requirements.

[Back to Top]

**When should I contact DoITT or the Public Service Commission for assista**

You should contact DoITT or the New York State Public Service Commission (PSC) have a problem with the cable company that you are unable to resolve.

✪ Cable and Open Video Service Request page
✪ New York State Public Service Commission
[Back to Top]

**Who regulates cable rates?**

Under present federal law and Federal Communications Commission (FCC) rules, N York City may regulate rates for the "Broadcast Basic" service tier but only to track conformance with FCC-mandated rate formulas. Other tiers of service were regulat the FCC until April 1, 1999 when Congress allowed the rate rules to expire. Broadc Basic service usually contains local broadcast, Public, Educational and Government channels.

[Back to Top]

**Does the City of New York regulate programming on cable channels?**

State and Federal law prohibit the City of New York from dictating programming co on company channels. The City does, however, require channels to be provided for public access and municipal use. Cable companies are always interested in subscri viewing interests, so you may wish to address your concerns to them directly.

✪ Cable and Open Video Service Request page
[Back to Top]

**When do I need to notify the cable company that I am moving?**

In general, you should notify your cable company 10 business days before you mo plan to discontinue your cable service. The company must schedule a service appointment to terminate your cable line and pick up your cable box(es). In additi companies usually provide locations (payment centers) where consumer's can drop equipment and obtain a receipt.

[Back to Top]



Copyright 2007 The City of New York

Contact Us | FAQs | Privacy Statement





DEPARTMENT OF INFORMATION TECHNOLOGY & TELECOMMUNICA



HOME

ABOUT DOITT

SERVICES

CONSUMER INFORMATION

BUSINESS INFORMATION

FAQs

NEWS & AWARDS

JOB OPPORTUNITIES

CONTACT DOITT



SEARCH

## BUSINESS INFORMATION | Cable Franchises

DoITT's Cable Television Unit is responsible for:

- Ensuring that advanced, state-of-the art cable television systems are availa all consumers
- Ensuring that the cable company systems meet all technical and safety star
- Monitoring franchise fee payments required pursuant to the cable franchise the City
- Protecting consumer interests and public safety
- Helping consumers resolve issues with cable companies

There are nine cable television service franchises in New York City. As cable televis franchisees, these companies have the non-exclusive right to install, operate, and maintain a cable television system in New York City for a period of 10 years.

These franchises are authorized in accordance with Chapter 14 of the City Charter Authorizing Resolution No. 475, adopted by the City Council on November 17, 199

See Authorizing Resolution No. 475 (PDF)

| Franchisee | Territory | Effective Date of t Franchise Agreem |
|---|---|---|
| Cablevision Systems, New York City Corporation[2] | Eastern Brooklyn | Oct. 8, 1998 |
| Cablevision Systems, New York City Corporation[3] | Bronx | Oct. 8, 1998 |
| Queens Inner Unity Cable System[4] | Southern Queens | Sept. 16, 1998 |
| Time Warner Cable of New York City[5] | Northern Manhattan | Sept. 16, 1998 |
| Time Warner Cable of New York City[6] | Southern Manhattan | Sept. 16, 1998 |
| Time Warner Cable of New York City[7] | Western Brooklyn | Sept. 16, 1998 |
| Time Warner Cable of New York City[8] | Eastern Queens | Sept. 16, 1998 |
| Time Warner Cable of New York City[9] | Western Queens | Sept. 16, 1998 |
| TWC Cable Partners[10] | Staten Island | Sept. 16, 1998 |

See a map of cable television service territories by franchise
See the Cable FAQ
Submit a Cable Television Customer Service Request

 Documents on this page may be Adobe Acrobat files. Download the free Adob Acrobat Reader.

*Footnotes to table:*
[1]Franchise agreements are for a period of ten (10) years.

[2]Cablevision Address: 930 Soundview Avenue, Bronx, NY 10473 Phone: (718) 617-3500

[3]Cablevision Address: 930 Soundview Avenue, Bronx, NY 10473 Phone: (718) 617-3500

[4]Doing-Business-As QUICS; Managed by Time Warner Cable. Address: 120 East 23rd Stree York, NY 10010 Phone: (212) 358-0900 or (718) 358-0900

[5]Formerly Paragon Cable Manhattan; Division of Time Warner Entertainment Company, L.P Address: 120 East 23rd Street, New York, NY 10010 Phone: (212) 358-0900 or (718) 358-

[6]Formerly Manhattan Cable Television; Division of Time Warner Entertainment Company, L Address: 120 East 23rd Street, New York, NY 10010 Phone: (212) 358-0900 or (718) 358-

[7]Formerly Brooklyn-Queens Cable; Division of Time Warner Entertainment Company, L.P. Address: 120 East 23rd Street, New York, NY 10010 Phone: (212) 358-0900 or (718) 358-

[8]Formerly Brooklyn-Queens Cable; Division of Time Warner Entertainment Company, L.P. Address: 120 East 23rd Street, New York, NY 10010 Phone: (212) 358-0900 or (718) 358-

[9]Formerly American Cablevision of Queens; Division of Time Warner Entertainment Compa L.P. Address: 120 East 23rd Street, New York, NY 10010 Phone: (212) 358-0900 or (718) 0900

[10]Doing-Business-As Staten Island Cable; Division of Time Warner Entertainment Company Address: 100 Cable Way, Staten Island, NY 10303 Phone: (718) 816-8686



Copyright 2007 The City of New York

Contact Us | FAQs | Privacy Statement

NEW YORK CITY CABLE TELEVISION FRANCHISE TERRITORIES by COMMUNITY DISTRICTS



**PEOPLE FINDER HISTORIC TRACKER RECORD**

| | |
|---|---|
| **Information Current Through:** | 07-31-2007 |
| **Database Last Updated:** | 08-07-2007 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 09/12/2007 |
| **Source:** | TRANS UNION |

### INDIVIDUAL INFORMATION

| | |
|---|---|
| **Name:** | **GEORGE B KARKANIAS** |
| **SSN:** | 152-60-XXXX |
| **Date of Birth:** | 07/1965 |
| **On File Since:** | 02/01/1990 |

### CURRENT ADDRESS INFORMATION

| | |
|---|---|
| **Current Address:** | 2619 PONTON AV<br>BRONX, NY 10461-2642 |
| **Address Last Reported:** | 01/21/2005 |

### PREVIOUS OR ADDITIONAL ADDRESS INFORMATION

| | |
|---|---|
| **Previous Address:** | 1945 EASTCHESTER RD 18G<br>BRONX, NY 10461-2111 |
| **Address Last Reported:** | 07/18/2001 |
| **Previous Address:** | 1579 RHINELANDER AV 6M<br>BRONX, NY 10461-2243 |
| **Address Last Reported:** | 11/13/2000 |
| **Previous Address:** | 2619 PONTON AV 441<br>BRONX, NY 10461-2642 |
| **Address Last Reported:** | 11/13/2000 |
| **Previous Address:** | PO BOX 441<br>BRONX, NY 10461-0204 |
| **Address Last Reported:** | 01/01/1998 |

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

EXHIBIT C

## PEOPLE FINDER PHONE-CENTRIC RECORD

| | |
|---|---|
| **Information Current Through:** | 08-15-2007 |
| **Database Updated:** | 08-30-2007 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 09/12/2007 |
| **Source:** | Proprietary database provided by TARGUS*info* |

## HOUSEHOLD MEMBER(S)

| | |
|---|---|
| **Name(s):** | MARIA B **KARKANIAS** |
| | **GEORGE KARKANIAS** |

## HOUSEHOLD INFORMATION

| | |
|---|---|
| **Address:** | 175 ELMWOOD AVE |
| | IRVINGTON, NJ 07111-1312 |
| **County:** | ESSEX |
| **Total Individuals in Household:** | 2 |
| **Telephone 1:** | 973-372-7055 |
| **Telephone Validation Date:** | 07/01/2007 |
| **Telephone 2:** | 212-372-3XXX |
| **Household Information Verified:** | 04/01/2007 |

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**PROFESSIONAL LICENSE RECORD**

**Information Current Through:**     10-09-2006

**Database Last Updated:**     11-22-2006

**Update Frequency:**     QUARTERLY

**Current Date:**     09/12/2007

**Source:**     DRUG ENFORCEMENT ADMINISTRATION RECORD

## NAME & PROFESSIONAL INFORMATION

**Name:**     **GEORGE** KARKANIAS, GEORGE B **KARKANIAS**

**Address:**     KARKANIAS RESEARCH LLC
305 MADISON AVENUE #449
NY, NY 10165

## LICENSING INFORMATION

**License/Certification Type:**     RESEARCHER

**License State:**     US

END OF DOCUMENT

(C) 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Welcome  **Guest!**

| Whois  68.45.40.126  ❯ | Domain Suggestions ❯ | For Sale ❯ | Auctions ❯ | Advanced Auctions ❯ | Domain Search ❯ |

| Domain Directory | Ping  ❯ | Traceroute  ❯ | My IP Address | Domain Parking | Cheap Domain Name Registration | Bulk

Power Tools:  | Reverse IP | Domain History | Mark Alert | Name Server Spy | Domain Typo

Sponsored Ads





**Who Owns this Domain**
Domains, Email, Hosting & More. G
Business. Register Today!

Ads by

**DomainTools Blog: DomainTools** Parking - Posted 4 days ago

## IP Information for **68.45.40.126**

**IP Location:** 🇺🇸 United States Jersey City Comcast Cable Communications Inc

**Resolve Host:** c-68-45-40-126.hsd1.nj.comcast.net

**IP Address:** 68.45.40.126  W  R  P  D  T

**Blacklist Status:** Currently Listed (history)

Whois Record

```
OrgName:     Comcast Cable Communications, Inc.
OrgID:       CMCS
Address:     1800 Bishops Gate Blvd
City:        Mt Laurel
StateProv:   NJ
PostalCode:  08054
Country:     US

NetRange:    68.32.0.0 - 68.63.255.255
CIDR:        68.32.0.0/11
NetName:     JUMPSTART-1
NetHandle:   NET-68-32-0-0-1
Parent:      NET-68-0-0-0-0
NetType:     Direct Allocation
NameServer:  DNS.INFLOW.PA.BO.COMCAST.NET
NameServer:  DNS.CMC.CO.DENVER.COMCAST.NET
Comment:     ADDRESSES WITHIN THIS BLOCK ARE NON-PORTABLE
RegDate:     2001-11-29
Updated:     2006-01-26

RTechHandle: IC161-ARIN
RTechName:   Comcast Cable Communications Inc
RTechPhone:  +1-856-317-7200
RTechEmail:  

OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  
```

EXHIBIT  D

```
OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  CMIPEC-Ip-registration@cable.comcast.com


CustName:    Comcast Cable Communications, Inc.
Address:     3 Executive Campus
Address:     5th Floor
City:        Cherry Hill
StateProv:   NJ
PostalCode:  08002
Country:     US
RegDate:     2003-03-19
Updated:     2004-07-02


NetRange:    68.44.0.0 - 68.45.255.255
CIDR:        68.44.0.0/15
NetName:     NJ-SOUTH-2
NetHandle:   NET-68-44-0-0-1
Parent:      NET-68-32-0-0-1
NetType:     Reassigned
Comment:
RegDate:     2003-03-19
Updated:     2004-07-02


RTechHandle: IC161-ARIN
RTechName:   Comcast Cable Communications Inc
RTechPhone:  +1-856-317-7200
RTechEmail:  CMIPEC-Ip-registration@cable.comcast.com


OrgAbuseHandle: NAPO-ARIN
OrgAbuseName:   Network Abuse and Policy Observance
OrgAbusePhone:  +1-856-317-7272
OrgAbuseEmail:  abuse@comcast.net


OrgTechHandle: IC161-ARIN
OrgTechName:   Comcast Cable Communications Inc
OrgTechPhone:  +1-856-317-7200
OrgTechEmail:  CMIPEC-Ip-registration@cable.comcast.com
```



My Account | Memberships | Blog | ⊞ Hosting Metrics | Stock Ticker | Download | Whois | Domain Suggestions