

**THELEN REID BROWN RAYSMAN & STEINER LLP**
ATTORNEYS AT LAW

John Fedun
212.895.2125 Direct Dial
212.829.2276 Direct Fax
jfedun@thelen.com

NEW YORK · SAN FRANCISCO · WASHINGTON, DC · LOS ANGELES
SILICON VALLEY · HARTFORD · NORTHERN NEW JERSEY · SHANGHAI



RECEIVED
SEP 18 2007
CHAMBERS OF
RICHARD J. HOLWELL

September 18, 2007

**BY FACSIMILE ONLY**

Hon. Richard J. Holwell, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/07

Re:   **Karkanias Research, LLC, et al. v. LifeSpan BioSciences, Inc.
       Civil Action No. 07-cv-06113 (RJH)**

Dear Judge Holwell:

The undersigned represents Defendant LifeSpan BioSciences, Inc. ("LifeSpan") in the subject action. LifeSpan moved for dismissal of the action for lack of personal jurisdiction or, in the alternative, for a transfer of the action to the Western District of Washington on August 10, 2007. Plaintiff's opposition to LifeSpan's motion was filed on September 10, 2007 and LifeSpan's Reply is due on September 20, 2007.

LifeSpan hereby respectfully requests the Court's permission to file an overlength Reply brief. The Court's Individual Practice Rule 3C states that Reply briefs shall be limited to 10 pages.[1] LifeSpan's Reply brief is currently 13 pages.

The primary reason for this request is LifeSpan's obligation to bring the Court's attention to a very recent case that is directly on point and which was not published at the time that LifeSpan filed its motion. On August 7, 2007, Hon. Peter K. Leisure, U.S.D.J. issued an opinion in *Age Group Limited v. Regal Logistics Corp.*, 06 Civ. 4328 wherein the defendant also sought transfer of a case currently in the Southern District of New York to the Western District of Washington. In *Age Group Limited*, the Court sets forth an extremely detailed analysis of the law related to the transfer of cases and discusses the very points raised by the parties in the case at bar. This decision was not published by the New York Law Journal until August 20, 2007 - 10 days after LifeSpan filed its motion. As such, LifeSpan is now obligated to use its Reply to

---

[1] Rule 3C also limits opposition briefs to 25 pages and states that footnotes shall be double-spaced and use 12-point font. Plaintiff's opposition brief was exactly 25 pages. However, the footnotes used by Plaintiff were single-spaced and in smaller font. If formatted appropriately, Plaintiff's opposition brief would be well overlength.

Hon. Richard J. Holwell, U.S.D.J.
September 18, 2007
Page 2

fully brief *Age Group Limited* to the Court for the first time as well as respond to the arguments set forth in Plaintiff's opposition papers.

If the Court has any questions or concerns regarding this matter, please do not hesitate to contact the undersigned.

Sincerely,

John Pedun

cc:   Glenn R. Nelson, Esq.
      Stever D. Skolnik, Esq.

NY #1188313 v1

---

Application Granted.
Defendant's Reply shall not exceed 15 pages.

SO ORDERED:
Date: 9/17/07

Richard J Holwell USDJ