Sanford Hausler
Of Counsel

# Cox Padmore Skolnik & Shakarchy LLP
Attorneys at Law

November 14, 2007

**By Fax**
The Honorable Richard J. Holwell
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/07


RECEIVED
NOV 14 2007
CHAMBERS OF
RICHARD J. HOLWELL

Re: **Karkanias Research, LLC, et al. v. LifeSpan Biosciences, Inc.**
    **US District Court; Southern District of New York; Docket No. 07 cv 6113**

Dear Judge Holwell:

We represent plaintiffs Karkanias Research, LLC d/b/a Cytira and George Karkanias a/k/a Cytira, Inc. in the above-referenced case. Yesterday at 4:36 p.m., I received an e-mail from the Court's ECF system, informing me that a scheduling order had been filed. Upon reviewing the order, I found that under its terms, initial disclosures would be due today, one day after the order was filed.

We have spoken with your chambers and have been advised that the order was intended to have been filed sometime last week, and the filing had been inadvertently delayed. In light of the foregoing, we respectfully request that the time for the exchange of initial disclosures be adjourned until December 3, 2007. I have spoken to John Fedun, who represents the defendant in this action, and he joins in this request.

We thank you for your consideration of this application.

SO ORDERED
[signature]
USDJ
11/15/07

Respectfully submitted,

[signature]

Sanford Hausler

cc: John Fedun, Esq. (By fax)

630 Third Avenue  19th Floor  New York, NY 10017-6782  212/953-6633  212/949-6943 (Telefax)

A Partnership including Limited Liability Partnerships

Denver, Colorado            Jerusalem, Israel
303/839-9191                212/561-5527